■ VICTOR HEIGHTS, INC., Respondent, v BAL DIXIT, Appellant. — Order unanimously affirmed, with costs (see *Smith v Slocum*, 71 AD2d 1058). (Appeal from order of Supreme Court, Ontario County, Pine, J. — specific performance of realty contract.) Present — Dillon, P. J., Callahan, Denman, Moule and Schnepp, JJ.